**MEMO ENDORSED**

# POLSINELLI

600 Third Avenue, 42nd Floor, New York, NY 10016 • (212) 684-0199

March 14, 2022

Morgan Fiander
212-413-2838
Associate
mfiander@polsinelli.com

**VIA ECF**

Honorable Kenneth M. Karas
District Judge
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601

    Re:    **Shlame Krausz v. Equifax Information Services, LLC et al.**
            **Case No. 7:21-cv-07427-KMK**
            **Request for Adjournment of Conference**

Dear Judge Karas:

Polsinelli PC represents Defendant U.S. Bank National Association ("**U.S. Bank**") in the above-referenced matter. This letter is to request an adjournment of the Pre-Motion Conference on U.S. Bank's Motion for Judgment on the Pleadings.

The current date and time of the conference is April 6, 2022 at 12:00 p.m. Due to scheduling conflicts for myself and the only other attorney on this case at my firm, U.S. Bank is requesting a time later in the day on April 6, or another date at the Court's earliest convenience. No prior request for an adjournment has been made. Counsel for Plaintiff, Mark Rozenberg, consents to the request for an adjournment only so long as the alternate date is not from April 15 through April 22, 2022 due to a religious observance by Mr. Rozenberg.

U.S. Bank therefore respectfully submits this request for an adjournment to later in the day on April 6, or to another date to the extent it does not conflict with Mr. Rozenberg's religious obligations. Thank you for your consideration of this matter.

Sincerely,

Morgan Fiander

*Handwritten endorsement:* Granted. The Court will hold a pre-motion teleconference at 3:00 pm on April 6, 2022.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
3/15/2022

polsinelli.com

Atlanta  Boston  Chicago  Dallas  Denver  Houston  Kansas City  Los Angeles  Miami  Nashville  New York
Phoenix  St. Louis  San Francisco  Seattle  Silicon Valley  Washington, D.C.  Wilmington
Polsinelli PC, Polsinelli LLP in California